**Electronically Filed
Supreme Court
SCPR-19-0000036
31-JAN-2019
08:05 AM**

SCPR-19-0000036

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE GISELA IGLESIAS, Petitioner.

---

ORIGINAL PROCEEDING

ORDER

(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the petition filed by attorney Gisela Iglesias to resign and surrender her license to practice law in the State of Hawaiʻi, pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH),

IT IS HEREBY ORDERED that the petition is granted *nunc pro tunc* to December 31, 2018.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that the Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner Gisela Iglesias, attorney number 4241, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED:  Honolulu, Hawaiʻi, January 31, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

